Scott Edelsberg (CA Bar 330990)
**EDELSBERG LAW, P.A.**
20900 NE 30th Ave., #417
Aventura, FL 33180
Telephone: (305) 975-3320
scott@edelsberglaw.com

*Counsel for Plaintiff and Proposed Class*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAUREN COX, individually and on behalf of all others similarly situated,<br><br>      *Plaintiff*,<br><br>vs.<br><br>JOBTRACKS, INC., a California Corporation,<br><br>      *Defendant*. | Case No. 2:20-cv-07983-SVW-JC<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

**NOTICE OF DISMISSAL WITH PREJUDICE**

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, Lauren Cox, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this this action as follows:

1. All claims of the Plaintiff, Lauren Cox, individually, are hereby dismissed with prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Dated: October 27, 2020                    Respectfully Submitted,

*/s/ Scott Edelsberg*
Scott Edelsberg (CA Bar 330990)
**EDELSBERG LAW, P.A.**
20900 NE 30th Ave., #417
Aventura, FL 33180
Telephone: (305) 975-3320
scott@edelsberglaw.com

*Counsel for Plaintiff and Proposed Class*

### CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

/s/ Scott Edelsberg
Scott Edelsberg (CA Bar 330990)
**EDELSBERG LAW, P.A.**
20900 NE 30th Ave., #417
Aventura, FL 33180
Telephone: (305) 975-3320
scott@edelsberglaw.com

*Counsel for Plaintiff and Proposed Class*

**NOTICE OF DISMISSAL WITH PREJUDICE**